No. 91–522. SAUDI ARABIA ET AL. *v.* NELSON ET UX. C. A. 11th Cir. Certiorari granted.

No. 91–1645. WOOD *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari granted.

No. 91–7580. GRAHAM *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 91–7358. BRECHT *v.* ABRAHAMSON, SUPERINTENDENT, DODGE CORRECTIONAL INSTITUTION. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question I presented by the petition.

No. 91–505. WEST *v.* NORTHWEST AIRLINES, INC. C. A. 9th Cir. Certiorari denied.

No. 91–1396. MARSHALL ET AL. *v.* SAN FRANCISCO DEPARTMENT OF SOCIAL SERVICES ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 91–1398. WALDMAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–1443. MACKIE, DBA WARWICK *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS MANAGER OF FSLIC RESOLUTION FUND. C. A. 5th Cir. Certiorari denied.

No. 91–1489. LEE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–1504. DEGEROLAMO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.